FILED
FEB 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 336-JM |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| ERNESTO FELIX-SERNA, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about January 16, 2008, within the Southern District of California, defendant ERNESTO FELIX-SERNA, did knowingly and intentionally import approximately 10.38 kilograms (22.90 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 7, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:Imperial
2/7/08