AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Ernest Felix Serna

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 336-JM

I, _Ernest Felix Serna_, the above named defendant, who is accused of

Importation of marijuana
21 USC 952, 960

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _2/07/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _ERNESTO Felix S._
Defendant

_D Regan_
Counsel for Defendant

Before _____
Judicial Officer