FILED

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Criminal No. **08CR336-JM**
                                       )
11                      Plaintiff,     )   **CONSENT TO RULE 11 PLEA IN A**
                                       )   **FELONY CASE BEFORE UNITED**
12  v.                                 )   **STATES MAGISTRATE JUDGE**
                                       )
13  **ERNESTO FELIX-SERNA**            )
                                       )
14                      Defendant.     )
15  _____)

16          I have been advised by my attorney and by the United States

17  Magistrate Judge of my right to enter my plea in this case before

18  a United States District Judge.  I hereby declare my intention to

19  enter a plea of guilty in the above case, and I request and

20  consent to have my plea taken by a United States Magistrate Judge

21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22          I understand that if my plea of guilty is taken by the

23  United States Magistrate Judge, and the Magistrate Judge

24  recommends that the plea be accepted, the assigned United States

25  District Judge will then decide whether to accept or reject any

26  plea agreement I may have with the United States and will

27  adjudicate guilt and impose sentence.

28          I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.


Dated: 02-19-08          ~~ERNESTO FELIX~~ Ω.

                          Defendant


Dated: 2/19/08           *signature*

                          Attorney for Defendant


     The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.


Dated: 2/20/08           *signature*

                          Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd