1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6  Attorneys for Defendant Mr. Felix-Serna,

7

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | Case No. 08CR0336-JTM |
| 12          Plaintiff, ) | |
| 13  v. ) | **NOTICE OF APPEARANCE** |
| 14  **ERNESTO FELIX-SERNA**, ) | |
| 15          Defendant. ) | |

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-chair
19  attorney in the above-captioned case.

20                                                                  Respectfully submitted,

21  Dated: February 28, 2008            s/ *Michelle Betancourt*
                                         **MICHELLE BETANCOURT**
22                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
23                                       michelle_betancourt@fd.org